IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO E. UHURU, | No. 2:22-CV-0784-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J. BENAVIDAS, et al., | |
| Defendants. | |

  Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

  Pending before the Court are Plaintiff's motions, ECF Nos. 20 and 21, for an extension of time to file a first amended complaint. Good cause appearing therefor based on Plaintiff's declarations indicating the need for additional time due to delays in receiving requested prison records and a recent positive COVID-19 diagnosis on his cell tier, Plaintiff's motions will be granted. If no amended complaint is filed, the action will proceed on the original complaint.

  Also before the Court is Plaintiff's motion, ECF No. 22, for the Clerk of the Court to provide a copy of the original complaint. While litigants may ordinarily receive copies of court documents for a fee, in light of Plaintiff's pro se and in forma pauperis status, the Court will grant Plaintiff's motion and direct that the Clerk of the Court provide Plaintiff a one-time courtesy copy of the original complaint.

1. Plaintiff's motions for an extension of time, ECF Nos. 20 and 21, are granted;

2. Plaintiff may file a first amended complaint within 45 days of the date of this order;

3. Plaintiff's motion for copies, ECF No. 22, is granted;

4. The Clerk of the Court is directed to forward to Plaintiff a copy of his original complaint, ECF No. 1, along with a copy of the court's form civil rights complaint for prisoners.

Dated: November 15, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE