IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU,<br><br>            Plaintiff,<br><br>     v.<br><br>J. BENAVIDEZ, et al.,<br><br>            Defendants. | No.  2:22-CV-0784-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff's original complaint was filed on May 2, 2022.  See ECF No. 1.  On November 1, 2022, Plaintiff filed a first amended complaint as of right pursuant to Federal Rule of Civil Procedure 15.  See ECF No. 25.  Thereafter, on January 5, 2023, Plaintiff filed a second amended complaint without leave of Court.  See ECF No. 26.  Because the second amended complaint was filed without leave of Court to do so, it is stricken.  The sufficiency of Plaintiff's first amended complaint will be addressed separately.

IT IS SO ORDERED.

Dated:  March 10, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1