IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU, | No. 2:22-CV-0784-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J. BENAVIDEZ, et al., | |
| Defendants. | |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

       Plaintiff's original complaint was filed on May 2, 2022. See ECF No. 1. On November 1, 2022, Plaintiff filed a first amended complaint as of right pursuant to Federal Rule of Civil Procedure 15. See ECF No. 25. Thereafter, on January 5, 2023, Plaintiff filed a second amended complaint without leave of Court. See ECF No. 26. Because the second amended complaint was filed without leave of Court or stipulation to do so, it was stricken. See ECF No. 29; See also, e.g., Hardin v. Wal-Mart Stores, Inc., 813 F. Supp. 2d 1167, 1181 (E.D. Cal. 2011) (striking fourth amended complaint: "If an amended pleading cannot be made as of right and is filed without leave of court or consent of the opposing party, the amended pleading is a nullity and without legal effect."); Sexton v. Spirit Airlines, Inc., Case No. 2:21-cv-00898-TLN-AC, 2022 WL 976914 (E.D. Cal. March 31, 2022) (striking amended complaint); Guthrie v. Hurwitz,

Case No. 1:18-cv-00282-AWI-BAM, 2018 WL 4005261, at *1 (E.D. Cal. Aug. 20, 2018) (striking amended complaint).

Plaintiff has now filed a third amended complaint, again without leave of Court or stipulation. It will also be stricken.

The sufficiency of Plaintiff's first amended complaint will be addressed separately.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's third amended complaint, ECF No. 30, is STRICKEN.

Dated: July 31, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE