IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU,<br><br>Plaintiff,<br><br>v.<br><br>J. BENAVIDEZ, et al.,<br><br>Defendants. | No. 2:22-CV-0784-TLN-DMC-P<br><br>FINDINGS AND RECOMMENDATIONS |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On August 7, 2024, the District Judge directed Plaintiff to pay the filing fees for this case within 30 days. See ECF No. 45. Plaintiff has been warned that failure to resolve the fee status may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. To date, Plaintiff has not complied.

   The Court must weigh five factors before imposing the harsh sanction of dismissal. See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987). Those factors are: (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to manage its own docket; (3) the risk of prejudice to opposing parties; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions. See id.; see also Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam). A warning that the action may be dismissed as an appropriate

1

1    sanction is considered a less drastic alternative sufficient to satisfy the last factor.  See Malone,
2    833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is appropriate where
3    there has been unreasonable delay.  See Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir.
4    1986).  Dismissal has also been held to be an appropriate sanction for failure to comply with an
5    order to file an amended complaint.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir.
6    1992).

7             Having considered these factors, and in light of Plaintiff's failure to pay the filing
8    fees for this case as directed, the Court finds that dismissal of this action is appropriate.

9             Based on the foregoing, the undersigned recommends as follows:

10            1.      This action be dismissed, without prejudice, for lack of prosecution and
11   failure to comply with court rules and orders.

12            2.      All other pending motions, ECF Nos. 46 and 47, be denied as moot.

13            These findings and recommendations are submitted to the United States District
14   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days
15   after being served with these findings and recommendations, any party may file written
16   objections with the court.  Responses to objections shall be filed within 14 days after service of
17   objections.  Failure to file objections within the specified time may waive the right to appeal.  See
18   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 27, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE