1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. BENAVIDEZ, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-00784-TLN-DMC<br><br><br>**ORDER** |

Plaintiff Kohen Diallo Uhuru ("Plaintiff"), a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On September 30, 2024, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (ECF No. 48.) Timely objections to the findings and recommendations have been filed. (ECF No. 49.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Findings and Recommendations filed September 30, 2024 (ECF No. 48), are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice for lack of prosecution and failure to comply with Court orders;
3. All pending motions (ECF Nos. 46 and 47) are DENIED as moot; and
4. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Date: January 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE